No. 03–8969. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8972. BLANKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8977. ALTMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8978. PLEASANT, AKA PLEASANTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8982. SCOTT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–8993. COUNCIL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8995. BOLLING v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–8996. MACK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8997. JACKSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–9003. BRYE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–9004. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–821. HOLLAND, WARDEN v. ADAMS. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 03–862. EXCEL CORP. v. ESTATE OF KRIEFALL ET AL. Ct. App. Wis. Motions of American Meat Institute et al. and Product Liability Advisory Council, Inc., for leave to file briefs as amici curiae granted. Certiorari denied.

No. 03–1031. MOORE, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX v. SANDERS. C. A. 9th Cir. Motion of re-